IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>) |

### RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Glaxo Group Ltd. and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, which is a non-governmental corporate party, certifies that: (i) GlaxoSmithKline plc, is a publicly held company that does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock; and (ii) Glaxo Group Ltd. and SmithKline Beecham Corporation are ultimately wholly-owned subsidiaries of GlaxoSmithKline plc.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Jack B. Blumenfeld
        _____
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        James W. Parrett, Jr. (#4292)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        klouden@mnat.com
        jparrett@mnat.com

        *Attorneys for Plaintiffs Glaxo Group Ltd. and*
        *SmithKline Beecham Corporation d/b/a*
        *GlaxoSmithKline*

*Of Counsel*:

Robert L. Baechtold
Scott K. Reed
Steven C. Kline
Ha Kung Wong
FITZPATRICK, CELLA,
  HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

November 2, 2007