AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Glaxo Group Ltd SmithKline
Beecham Corporation d/b/a
GlaxoSmithKline,
                    V.

**SUMMONS IN A CIVIL CASE**

Teva Pharmaceuticals USA, Inc.          CASE NUMBER: 0 7 - 7 1 3

TO: (Name and address of Defendant)
Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network, Inc.
3411 Silverside Road - #104
Wilmington, DE  19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          NOV 0 2 2007

CLERK                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 7, 2007 | |
| NAME OF SERVER *(PRINT)* John Neighbors | TITLE Messenger | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): By hand delivering a copy of the summons and complaint to
   Teva Pharmaceuticals USA, Inc. c/o Corporate Creations Network, Inc.
   3411 Silverside Road - #104, Wilmington, DE 19810

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/7/07
_____          _____
        Date                    *Signature of Server*

                          800 King Street
                          Suite 102
                          Wilmington, DE 19801
                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.