IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 07-713 JJF |
| | : | |
| TEVA PHARMACEUTICALS USA INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER SETTING RULE 16(b) CONFERENCE

IT IS HEREBY ORDERED that:

1.    A Scheduling Conference pursuant to Fed. R.

Civ. P. 16(b) will be held on **Thursday, February 7, 2008, at**

**3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal

Building, Wilmington, Delaware.  If, as of the date of this

Order, the Defendants have not yet entered and appearance and/or

answered or otherwise pled, it shall be the responsibility of

counsel for the Plaintiff to notify the Defendants of this Order.

2.    Parties shall use the attached form of order for

the purpose of preparing for the conference. A firm Trial date

may be set, therefore parties should be prepared to provide the

Court with the agreed upon dates and discovery limitations.

3.    The parties shall direct any requests or questions

regarding the scheduling and management of the above matter to

Case Manager Debbie Krett at (302) 573-6168.

December 4 , 2007
          DATE

UNITED STATES DISTRICT JUDGE

(Non-Patent Revised 1/07)

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under
Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.**  The parties [have
exchanged] [will exchange] by _(date)_ the information required by
Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.**  All motions to join
other parties shall be filed on or before ___(date)_____.

3. **Discovery.**

(a) Exchange and completion of interrogatories,
identification of all fact witnesses and document production
shall be commenced so as to be completed by _(date)_.

(b) Maximum of _____ interrogatories by each
party to any other party.

(c) Maximum of _____ requests for admission by
each party to any other party.

(d) Maximum of _____ depositions by plaintiff(s)
and _____ by defendant(s). Depositions shall not commence until
the discovery required by Paragraph 4 (a, b and c) are completed.

(e) Reports from retained experts required by Fed.
R. Civ. P. 26(a)(2) are due from the plaintiff(s) by _(date)_;
from the defendant(s) by _(date)_.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

4.  **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5.  **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before _____.

6.   **Case Dispositive Motions**.   Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before _____, 20___.   Briefing shall be pursuant to D. Del. LR 7.1.2.   No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

7.   **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).   Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.   Briefs shall be limited to no more than ten (10) pages.   Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.   The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.   The e-mail shall provide a short statement describing the emergency.

8.   **Pretrial Conference and Trial.**   After reviewing the

parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.  If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.


_____          _____
            DATE                              UNITED STATES DISTRICT JUDGE