IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 07-713 (JJF) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |

## TEVA PHARMACEUTICALS USA, INC.
## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant in the above-captioned action certifies that Teva Pharmaceuticals USA, Inc. ("Teva USA") is wholly-owned by Orvet UK Unlimited ("Orvet UK"), which is wholly-owned by Teva Pharmaceuticals Europe B.V. ("Teva Europe"), which is wholly-owned by Teva Pharmaceutical Industries Ltd. ("Teva Israel"), a publicly-traded company. No publicly held corporation owns 10% or more of Teva Israel's stock.

YOUNG CONAWAY STARGATT & TAYLOR LLP

DATED: December 5, 2007

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen E. Keller (#4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on December 5, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esq. *[jblumenfeld@mnat.com]*
>Karen Jacobs Louden, Esq. *[klouden@mnat.com]*
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

I further certify that on December 5, 2007, the foregoing document was caused to be served by e-mail and hand delivery upon the above-listed counsel and on the following counsel as indicated.

>BY E-MAIL

>Robert L. Baechtold, Esq. *[rbaechtold@fchs.com]*
>Scott K. Reed, Esq. *[sreed@fchs.com]*
>Steven C. Kline, Esq. *[skline@fchs.com]*
>Ha Kung Wong, Esq. *[hwong@fchs.com]*
>Fitzpatrick, Cella, Harper & Scinto
>30 Rockefeller Plaza
>New York, NY 10112

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kkeller@ycst.com