IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 07-713 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* for Peter H. Domer, Esquire to represent Defendant in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk's Office for Peter H. Domer, Esquire upon the filing of this motion.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
Attorney for Defendant

Dated: February 5, 2008

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

Dated: _____, 2008

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on February 5, 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esq. *[jblumenfeld@mnat.com]*
> Karen Jacobs Louden, Esq. *[klouden@mnat.com]*
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on February 5, 2008, the foregoing document was caused to be served by e-mail and hand delivery upon the above-listed counsel and on the following counsel as indicated:

### BY E-MAIL

> Robert L. Baechtold, Esq. *[rbaechtold@fchs.com]*
> Scott K. Reed, Esq. *[sreed@fchs.com]*
> Steven C. Kline, Esq. *[skline@fchs.com]*
> Ha Kung Wong, Esq. *[hwong@fchs.com]*
> Fitzpatrick, Cella, Harper & Scinto
> 30 Rockefeller Plaza
> New York, NY 10112

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 07-713 (JJF) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of ILLINOIS and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Peter H. Domer_

Date: Feb. 5, 2008

Peter H. Domer
LEYDIG, VOIT & MAYER, LTD.
180 North Stetson, Suite 4900
Chicago, IL 60601-6731