IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-713 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 22, 2008, copies of *Defendant Teva Pharmaceuticals USA, Inc.'s Initial Disclosures Under Fed. R. Civ. P. 26(a)(1)* were served upon the following counsel of record as indicated:

### BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld, Esquire
*jblumenfeld@mnat.com*
Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

### BY E-MAIL

Robert L. Baechtold, Esq. *[rbaechtold@fchs.com]*
Scott K. Reed, Esq. *[sreed@fchs.com]*
Steven C. Kline, Esq. *[skline@fchs.com]*
Ha Kung Wong, Esq. *[hwong@fchs.com]*
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

Additionally, on February 22, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

### BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld, Esquire
jblumenfeld@mnat.com
Karen Jacobs Louden, Esquire
klouden@mnat.com
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

### BY E-MAIL

Robert L. Baechtold, Esq. *[rbaechtold@fchs.com]*
Scott K. Reed, Esq. *[sreed@fchs.com]*
Steven C. Kline, Esq. *[skline@fchs.com]*
Ha Kung Wong, Esq. *[hwong@fchs.com]*
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

Dated: February 22, 2008

                              YOUNG CONAWAY STARGATT &
                              TAYLOR, LLP

                              /s/ Karen E. Keller
                              John W. Shaw (No. 3362)
                              Karen E. Keller (No. 4489)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              P.O. Box 391
                              Wilmington, Delaware 19899-0391
                              (302) 571-6600
                              kkeller@ycst.com

                              *Attorneys for Defendant Teva*
                              *Pharmaceuticals USA, Inc.*

OF COUNSEL:

LEYDIG, VOIT & MAYER, LTD
Bruce M. Gagala
M. Daniel Hefner
Peter H. Domer
Two Prudential Plaza
Suite 4900
Chicago, Illinois 60601-6780
(312) 616-5600
pdomer@leydig.com