IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-713 (JJF) |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Plaintiffs' Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1) were caused to be served on February 22, 2008 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Bruce M. Gagala, Esquire
M. Daniel Hefner, Esquire
Douglas A. Robinson, Esquire
LEYDIG, VOIT & MAYER, LTD.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs Glaxo Group Ltd.
  and SmithKline Beecham Corporation
  d/b/a GlaxoSmithKline*

*Of Counsel*:

Robert L. Baechtold
Scott K. Reed
Steven C. Kline
Ha Kung Wong
F<small>ITZPATRICK</small>, C<small>ELLA</small>,
  H<small>ARPER</small> & S<small>CINTO</small>
30 Rockefeller Plaza
New York, New York  10112
(212) 218-2100

February 22, 2008

## **CERTIFICATE OF SERVICE**

I, James W. Parrett, Jr., hereby certify that copies of the foregoing were caused to be served on February 22, 2008 upon the following in the manner indicated:

| **BY EMAIL** | **BY EMAIL** |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>jingersoll@ycst.com | Bruce M. Gagala, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>bgagala@leydig.com |
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>jshaw@ycst.com | M. Daniel Hefner, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>mdhefner@leydig.com |
| Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>kkeller@ycst.com | Peter H. Domer, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>pdomer@leydig.com |
| | Douglas A. Robinson, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>drobinson@leydig.com |

*/s/ James W. Parrett, Jr. (#4292)*

James W. Parrett, Jr. (#4292)