IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-713 (JJF)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a) (1) and D. Del. LR 16.2 by February 22, 2008.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before May 9, 2008.

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Stark for purposes of exploring the possibility of a settlement. If the parties agree they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery.**

(a) The parties will use their good faith efforts to substantially complete the exchange and completion of contention interrogatories, identification of fact witnesses and document production by August 29, 2008.

(b) Maximum of twenty-five (25) interrogatories, including contention interrogatories, for each side.

(c) Maximum of fifty (50) requests for admission by each side.

(d) Maximum of ten (10) depositions by plaintiffs and ten (10) depositions by defendant, excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 4(a, b and c) is completed. All fact discovery shall be completed by January 30, 2009.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party bearing the burden of proof on March 6, 2009, with rebuttal expert reports from the opposing party due on April 17, 2009, and reply expert reports to the rebuttals due on May 8, 2009.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than June 26, 2009, unless otherwise agreed in writing by the parties or ordered by the Court. Depositions of expert witnesses are not to begin until after reply reports are served.

5. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within thirty (30)

days of the filing of the motion and allow for briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b)  At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c)  Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov.

6.  **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before October 31, 2008.

7.  **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before August 28, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

8.  **Markman.**  A Markman Hearing shall be held on November 13, 2008. The Parties shall present their claim construction issues to the Court according to the following schedule:

(a)  On September 11, 2008, the Parties shall exchange a list of claim terms and proposed constructions.

(b)  On September 25, 2008, the Parties shall file a joint claim construction chart.

(c)  On October 9, 2008, the Parties shall file opening briefs on claim construction.

(d)  On October 30, 2008, the Parties shall file rebuttal briefs on claim construction.

9.  **Applications by Motion.**

    (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006 Order on Procedures for Filing Non-dispositive motions in Patent Cases. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b) No facsimile transmissions will be accepted.

    (c) No telephone calls shall be made to Chambers.

    (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

10. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

    The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_February 15, 2008_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

4