IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiffs,<br><br> v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-713 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' First Set of Requests for Admission*; (2) *Plaintiffs' First Set of Requests for Production of Documents and Things*; and (3) *Plaintiffs' First Set of Interrogatories* were caused to be served on March 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Bruce M. Gagala, Esquire<br>M. Daniel Hefner, Esquire<br>Douglas A. Robinson, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza – Suite 4900<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ James W. Parrett, Jr.*

                                              Jack B. Blumenfeld (#1014)
                                              Karen Jacobs Louden (#2881)
                                              James W. Parrett, Jr. (#4292)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE 19899-1347
                                              (302) 658-9200
                                              jblumenfeld@mnat.com
                                              klouden@mnat.com
                                              jparrett@mnat.com
                                              *Attorneys for Plaintiffs Glaxo Group Ltd.*
                                                 *and SmithKline Beecham Corporation*
                                                 *d/b/a GlaxoSmithKline*

*Of Counsel*:

Robert L. Baechtold
Scott K. Reed
Steven C. Kline
Ha Kung Wong
FITZPATRICK, CELLA,
  HARPER & SCINTO
30 Rockefeller Plaza
New York, New York  10112
(212) 218-2100

March 14, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

I further certify that I caused to be served copies of the foregoing document on March 14, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Bruce M. Gagala, Esquire<br>M. Daniel Hefner, Esquire<br>Douglas A. Robinson, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza – Suite 4900<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (I.D. No. 4292)