IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD. and SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-713-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 14, 2008, copies of: (1) *Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Interrogatories (Nos. 1-5) to Plaintiffs*; and (2) *Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests for the Production of Documents and Things (Nos. 1-65) to Plaintiffs*, were served upon the following counsel of record as indicated:

**BY HAND DELIVERY AND E-MAIL**
Jack B. Blumenfeld, Esquire
*jblumenfeld@mnat.com*
Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

**BY E-MAIL**
Robert L. Baechtold, Esq. *[rbaechtold@fchs.com]*
Scott K. Reed, Esq. *[sreed@fchs.com]*
Steven C. Kline, Esq. *[skline@fchs.com]*
Ha Kung Wong, Esq. *[hwong@fchs.com]*
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

Additionally, on March 14, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

Jack B. Blumenfeld, Esquire
*jblumenfeld@mnat.com*
Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

**BY E-MAIL**

Robert L. Baechtold, Esq. *[rbaechtold@fchs.com]*
Scott K. Reed, Esq. *[sreed@fchs.com]*
Steven C. Kline, Esq. *[skline@fchs.com]*
Ha Kung Wong, Esq. *[hwong@fchs.com]*
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> /s/ Karen E. Keller
> John W. Shaw (No. 3362)
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6600
> kkeller@ycst.com

OF COUNSEL:

LEYDIG, VOIT & MAYER, LTD
Bruce M. Gagala
M. Daniel Hefner
Peter H. Domer
Two Prudential Plaza
Suite 4900
Chicago, Illinois 60601-6780
(312) 616-5600
pdomer@leydig.com

Dated: March 14, 2008

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

3