IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-713 (JJF)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FITZPATRICK, CELLA, HARPER & SCINTO'S**
**WITHDRAWAL OF COUNSEL OF RECORD**

Plaintiffs hereby give notice that the appearances of Robert L. Baechtold, Scott K. Reed, Steven C. Kline and Ha Kung Wong, and the law firm FITZPATRICK, CELLA, HARPER & SCINTO as counsel for plaintiffs are withdrawn. MORRIS, NICHOLS, ARSHT & TUNNELL LLP will continue as counsel of record for plaintiffs.

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Jack B. Blumenfeld*

            Jack B. Blumenfeld (#1014)
            Karen Jacobs Louden (#2881)
            James W. Parrett, Jr. (#4292)
            1201 North Market Street
            P.O. Box 1347
            Wilmington, DE 19899-1347
            (302) 658-9200
            jblumenfeld@mnat.com
            klouden@mnat.com
            jparrett@mnat.com

            *Attorneys for Plaintiffs Glaxo Group Ltd.*
            *and SmithKline Beecham Corporation*
            *d/b/a GlaxoSmithKline*

March 17, 2008
1699875

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

I further certify that I caused to be served copies of the foregoing document on March 17, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Bruce M. Gagala, Esquire<br>M. Daniel Hefner, Esquire<br>Douglas A. Robinson, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza – Suite 4900<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

_____
Jack B. Blumenfeld (#1014)