IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LTD. and SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 07-713-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 14, 2008, copies of (1) Defendant Teva Pharmaceuticals USA, Inc.'s Response To Plaintiffs' First Set Of Interrogatories (Nos. 1-6); (2) Defendant Teva Pharmaceuticals USA, Inc.'s Response To Plaintiffs' First Set Of Requests For Production Of Documents And Things; and, (3) Defendant Teva Pharmaceuticals USA, Inc.'s Response To Plaintiffs' First Set Of Requests For Admission (Nos. 1-14) were served upon the following counsel of record as indicated:

**BY HAND DELIVERY AND E-MAIL**
Jack B. Blumenfeld, Esquire
*jblumenfeld@mnat.com*
Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**
John M. Desmarais, Esquire *[jdesmarais@kirkland.com]*
Peter J. Armenio, Esquire *[parmenio@kirkland.com]*
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

Additionally, on April 14, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**
Jack B. Blumenfeld, Esquire
*jblumenfeld@mnat.com*
Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**
John M. Desmarais, Esquire *[jdesmarais@kirkland.com]*
Peter J. Armenio, Esquire *[parmenio@kirkland.com]*
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

OF COUNSEL:

LEYDIG, VOIT & MAYER, LTD.
Bruce M. Gagala
M. Daniel Hefner
Peter H. Domer
Two Prudential Plaza
Suite 4900
Chicago, Illinois 60601-6780
(312) 616-5600
pdomer@leydig.com

Dated: April 14, 2008

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

2