IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLAXO GROUP LTD and SMITHKLINE        )
BEECHAM CORPORATION d/b/a             )
GLAXOSMITHKLINE,                      )
                                      )
                    Plaintiffs,       )
                                      )  C.A. No. 07-713 (JJF)
        v.                            )
                                      )
TEVA PHARMACEUTICALS USA, INC.,       )
                                      )
                    Defendant.        )

## NOTICE OF SERVICE

        The undersigned hereby certifies that copies of 1) Plaintiffs' Objections and

Responses to Defendant's First Set of Interrogatories; and 2) Plaintiffs' Objections and

Responses to Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests for the

Production of Documents and Things (Nos. 1-65) to Plaintiffs were caused to be served on April

14, 2008 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                          *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire                                    *and HAND DELIVERY*
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Bruce M. Gagala, Esquire                            *VIA ELECTRONIC MAIL*
M. Daniel Hefner, Esquire
Douglas A. Robinson, Esquire
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza – Suite 4900
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs Glaxo Group Ltd.*
   *and SmithKline Beecham Corporation*
   *d/b/a GlaxoSmithKline*

*Of Counsel*:

John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022
(212) 446-4800

Christopher Mizzo
D. Sean Trainor
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
(202) 879-5000

April 14, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP

I further certify that I caused to be served copies of the foregoing document on

April 14, 2008 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                                   *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire                                              *and HAND DELIVERY*
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Bruce M. Gagala, Esquire                                     *VIA ELECTRONIC MAIL*
M. Daniel Hefner, Esquire
Douglas A. Robinson, Esquire
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza – Suite 4900
Chicago, IL  60601


                                        */s/ James W. Parrett, Jr. (#4292)*
                                        _____
                                        James W. Parrett, Jr. (#4292)